IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

VERA LUCIA RIBEIRO SANTOS,

    Defendant.

No. CR 10-0300 WHA

**ORDER TO SHOW CAUSE**

    The government is ordered to show cause by **SEPTEMBER 21, 2011** why defendant Santos' passport should not be returned to her or her counsel. Absent such a showing, an order will issue directing the Clerk to return the passport to Santos or her counsel.

**IT IS SO ORDERED.**

Dated: September 14, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE